THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: )
)
RUBBER URETHANES, INC. ) CASE NO. 01-40512-R
) CHAPTER 7
)
DEBTORS )

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting trustee in this case.

2. That he filed a Final Report that was approved by this Court. Final distributions were made

3. The following check(s) was not negotiated within the second 90 period allowed:

| Claimant | Amount |
|---|---|
| Synair | 7.85 |
| Midwest Custom Mixing | 40.99 |
| Yellow Freight Systems, Inc. | 19.78 |
| Downtown Laundry | 10.28 |
| Midwest Custom Mixing Inc. | 35.26 |
| United Provider Services, Inc. | 34.35 |

These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check is has been tendered to the Clerk of the U. S. Bankruptcy Court in the amount of
**$148.51**

Dated: March 31, 2010         /s/ Mark A. Weisbart
                              Mark A. Weisbart
                              12770 Coit Road, Suite 541
                              Dallas, TX 75251
                              972.628.3691

## CERTIFICATE OF SERVICE

I, Mark A. Weisbart, certify that a true and correct copy of the foregoing Notice to Deposit Funds into the Unclaimed Registry of the United States Bankruptcy Court was Email this 31st day of March, 2010 to the U. S. Trustee.

/s/ Mark A. Weisbart